JS-6

*ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — MAY 29 2014 — CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT — MAY 29 2014 — CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTHONY McCULLOUGH,<br><br>   Petitioner,<br><br>   v.<br><br>MONTGOMERY, Warden,<br><br>   Respondent. | Case No. EDCV 14-00721 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Dismissing Habeas Petition as Time-barred.

DATED: May 29, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE